EMPIRE MUTUAL INSURANCE COMPANY v.
JOHN P. GILMORE.

May 18, 1976. Certification to Superior Court, Chancery Division is granted.

ANDREW VANDER GROEF v. DOVER LANES.

May 4, 1976. Motion for leave to appeal is granted.

STATE OF NEW JERSEY v. WILLIE D. SMITH.

May 18, 1976. Motion for leave to appeal is granted. (See 140 *N. J. Super.* 368)

STATE OF NEW JERSEY v. VINCENT BASKERVILLE.

May 18, 1976. Motion for leave to cross-appeal is granted.

KATHLEEN MC NALLY v. TOWNSHIP OF TEANECK.

May 18, 1976. Motion for leave to appeal is granted.

KATHLEEN MC NALLY v. TOWNSHIP OF TEANECK.

May 18, 1976. Cross-motion for leave· to appeal is granted.